UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHEAL D. FISH                                CIVIL ACTION

VERSUS                                         NO. 04-3179

TIM WILKINSON                                  SECTION "J" (5)

**ORDER AND REASONS**

On December 6, 2005, this Court signed on Order Denying
Petitioner's Motion for Leave to Appeal In Forma Pauperis (Rec.
Doc. 16). Although the outcome of that Order was correct, the
reasoning was in error. That Order should be AMENDED as follows.

On the Order form, the Court marked the box indicating that
"the motion is DENIED; the party has sufficient funds to pay the
filing fee." The record indicates, to the contrary, that
petitioner does not have sufficient funds.

The Order form should have been marked to indicate that "the
motion is DENIED; the party is not entitled to proceed in forma
pauperis for the listed reasons: Petitioner's application is
barred as untimely as explained in the Magistrate Judge's Report
and Recommendations (Rec. Doc. 6). Petitioner has failed to
present evidence legally sufficient to support tolling of the
filing period. Therefore, petitioner's Notice of Appeal is wholly

without merit. Under *Baugh v. Taylor*, 117 F.3d 197, 201-02 (5th Cir. 1997) this is sufficient to deny the IFP application as in 'bad faith.'" Accordingly,

**IT IS ORDERED** that the Court's Order of December 6, 2005 (Rec. Doc. 16) is **AMENDED** to reflect the above reasoning in support of the denial of petitioner's application to proceed in forma pauperis.

New Orleans, Louisiana this the 13th day of December, 2005.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2